UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:20-cr-00019-JPH-MJD ) |
| MARVIN GRAVES, | ) -01 ) |
| Defendant. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Pursuant to 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), the Court **ADOPTS** Magistrate Judge Kellie M. Barr's Report and Recommendation and all findings therein, dkt. [93].  The Court now **ORDERS** that Marvin Graves's supervised release is therefore **REVOKED**, dkt. [79] and [80], and Mr. Graves is sentenced to the custody of the Attorney General or his designee for imprisonment of 18 months, to be served concurrently with any sentence he receives in the pending Kentucky case (Warren Circuit Court, Division 2. No. 23-CR-00430 District No: 23F00352), with no federal supervision to follow.

**SO ORDERED.**

Date: 1/3/2024

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel

Electronic Notice to USPO

Electronic Notice to USM-C